IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


IN RE                          )
                               )
JANICE DeVAUGHN,               )
                               )
    Debtor.                    )
                               )
BANK OF AMERICA, N.A.,         )
as successor by merger to      )
BAC Home Loans Servicing,      )
L.P. f/k/a/ Countrywide        )
Home Loans Servicing, L.P.,    )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )     2:12cv445-MHT
                               )          (WO)
JANICE DeVAUGHN, et al.,       )
                               )
    Defendants.                )

JUDGMENT

In accordance with the memorandum opinion entered

this date, it is the ORDER, JUDGMENT, and DECREE of the

court as follows:

    (1) The    United    States    Bankruptcy    Judge's

        recommendation (doc. no. 1-4) is adopted.

(2) The motion to dismiss (doc. no. 1-3), filed by defendant Randy Connell d/b/a Dixieland Homes, is denied.

(3) The objection (doc. no. 1-3), filed by defendant Randy Connell d/b/a Dixieland Homes, is overruled.

(4) This matter is referred back to the bankruptcy judge for further appropriate proceedings.

This case is closed in this court.

DONE, this the 25th day of May, 2012.


                        /s/ Myron H. Thompson
                   UNITED STATES DISTRICT JUDGE